IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICRO ENCODER, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br>JURY DEMAND |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Brinkley Barr.  The Equal Employment Opportunity Commission ("EEOC') alleges that Micro Encoder, Inc. ("Defendant") unlawfully refused to hire Mr. Barr for a vacant engineer position because of his age, despite being qualified for the job.

## JURISDICTION AND VENUE

1.　　Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

COMPLAINT - 1

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant (the "Employer") has continuously been a corporation doing business in the State of Washington and has continuously had at least 20 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. On or about January 20, 2004, the Defendant Employer engaged in unlawful employment practices at its Kirkland, Washington facility, in violation of Section 4(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1). The practices include failing or

COMPLAINT - 2

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

1  refusing to hire Brinkley Barr because of his age, 50.

2        8.    The effect of the practices complained of in paragraph 7 above has been
3  to deprive Mr. Barr of equal employment opportunities and otherwise adversely affect
4  his status as an applicant for employment because of his age.

5        9.    The unlawful employment practices complained of in paragraphs 7 and 8
6  above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from failing or refusing to hire individuals because of their age and any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B.    Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C.    Grant a judgment requiring Defendant Employer to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Mr. Barr whose wages are being unlawfully withheld as a result of the acts complained of above.

D.    Order Defendant Employer to make whole Mr. Barr who is adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to front pay.

I.    Grant such further relief as the Court deems necessary and proper in the

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

1  public interest.

2        J.    Award the Commission its costs of this action.

3  JURY TRIAL DEMAND

4        The Commission requests a jury trial on all questions of fact raised by its

5  complaint.

6        DATED this __30th__ day of __September,__ 2004.

7

8  A. LUIS LUCERO, JR.          ERIC S. DREIBAND
   Regional Attorney              General Counsel

9  JOHN F. STANLEY             JAMES L. LEE
   Acting Supervisory Trial Attorney    Deputy General Counsel

10

11  WESLEY KATAHIRA           GWENDOLYN YOUNG REAMS
   Senior Trial Attorney            Associate General Counsel

12

13  BY:     /S/ A. Luis Lucero

14  EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
   Seattle District Office            Office of the General Counsel

15  909 First Avenue, Suite 400       1801 "L" Street NW
   Seattle, Washington 98104        Washington, D.C. 20507

16  Telephone (206) 220-6918
   Wesley.Katahira@eeoc.gov

17

18                    Attorneys for Plaintiff

19

20

21

22

23

24

25

COMPLAINT - 4

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882