THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MICRO ENCODER, INC., <br><br> Defendant. | CIVIL ACTION NO. CV04-2065RSM <br><br> ORDER APPROVING CONSENT DECREE |

The court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing consent decree be, and the same hereby is, approved as the final decree of this court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party. The court retains jurisdiction of this matter for purposes of enforcing the consent decree approved herein.

DATED this ___27___ day of _____January_____, 2005.

/S/ Ricardo S. Martinez
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE